**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed August 29, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00317-CV

## IN THE MATTER OF THE GUARDIANSHIP OF WILLIAM SULLY GRIFFIN, III

### On Appeal from the County Court at Law No. 2 and Probate Court
### Brazoria County, Texas
### Trial Court Cause No. GN43476

## MEMORANDUM OPINION

This interlocutory appeal is from two orders signed April 11, 2024, directing that a particular vendor provide caregiving and healthcare services to a ward. On August 19, 2024, the parties filed a joint motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.